AO-10 (w)
Rev. 1/2002

# Calendar Year 2003

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Casey, Richard C. | United States District Court | 05/12/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ___ Nomination, Date  / / <br><br> ___ Initial    X Annual    ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 500 Pearl Street <br> New York, NY 10007 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Board of Directors | Guiding Eyes for the Blind |
| 2 Member, Board of Directors | Catholic Guild for the Blind |
| 3 Member, Board of Directors | National Center for Disabilities Services |

*[RECEIVED MAY 19 11 08 AM '04 FINANCIAL DISCLOSURE OFFICE stamp]*

## I. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## II. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | **NONE** (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Casey, Richard C. | 05/12/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Total Fidelity Accounts (No. 2 through 7) See VIII - Explana | E | Dividend | | | | | | | |
| 2 Fidelity Magellan | | | M | T | | | | | |
| 3 Fidelity Equity Income | | | M | T | | | | | |
| 4 Fidelity Inv. Bond | | | K | T | | | | | |
| 5 Fidelity Overseas Fund | | | K | T | | | | | |
| 6 Fidelity Money Market Fund | | | J | T | | | | | |
| 7 Fidelity Contrafund | | | M | T | | | | | |
| 8 New York St Dorm Bonds | B | Interest | K | T | | | | | |
| 9 Nassau Cnty NY Gen IMPT Bonds | B | Interest | K | T | | | | | |
| 10 Equity Income Fund 1st Exchange Series | A | Dividend | J | T | | | | | |
| 11 Exxon Mobil Corp. Stock | A | Dividend | K | T | | | | | |
| 12 General Electric Stock | A | Dividend | K | T | | | | | |
| 13 Fleet Boston Financial Corp. | A | Dividend | K | T | | | | | |
| 14 Merrill Lynch IRA - J. Hancock Financial Inds. | A | Dividend | J | T | | | | | |
| 15 Merrill Lynch Bank Advantage Deposit Program | A | Interest | K | T | | | | | |
| 16 ML Basic Value Fund Class D | | | | | Name Change | | | | |
| 17 Merrill Lynch Basic Value Fund Class A | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Convergent Communications Inc. Stock | | None | J | T | | | | | |
| 19  Oncesource Information Services Stock | | None | J | T | | | | | |
| 20  William Blair Money Market Fund | A | Dividend | J | T | Redeemed | 09/05 | J | A | |
| 21  R.W. Baird Money Fund | A | Dividend | J | T | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Ref. VII INVESTMENTS AND TRUSTS - statement for Fidelity IRA Account does not break individual income on Statement, therefore aggregate total is listed at top of list.

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

Line    Position                                    Name of Organization/Entity

===============================================================================

4    Member, Board of Councillors    American Association of the Sovereign Military Order of Malta

Name of Person Reporting

Casey, Richard C.

**FINANCIAL DISCLOSURE REPORT**

American Association of the Sovereign Military Order of Malta

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____          Date _5/12/04_

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544